UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Melissa M. Newton

_____

Write the full name of each plaintiff.

_____CV_____

(Include case number if one has been assigned)

-against-

US Census Bureau

_____

_____

Write the full name of each defendant. The names listed above must be identical to those contained in Section I.

Do you want a jury trial?

☐ Yes    ☒ No

# EMPLOYMENT DISCRIMINATION COMPLAINT

---

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

---

Rev. 1/24/19

## I.    PARTIES

### A.    Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

*Melissa*

First Name

*M.*

Middle Initial

*Newton*

Last Name

*mailing* *49 Flatbush Ave #1026*

Street Address

*Kings, Brooklyn*

County, City

*NY*

State

*11217*

Zip Code

*631-720-4399*

Telephone Number

*newtonmelissa a) aol.com*

Email Address (if available)

### B.    Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. (Proper defendants under employment discrimination statutes are usually employers, labor organizations, or employment agencies.) Attach additional pages if needed.

Defendant 1:    *US Census Bureau*

Name

*32 Old Slip, New York 10005*

Address where defendant may be served

*Kings, ~~Bnt~~ New York NY*

County, City        State        Zip Code

Defendant 2:    _____

Name

_____

Address where defendant may be served

_____

County, City        State        Zip Code

Page 2

Defendant 3:

_____

Name

_____

Address where defendant may be served

_____

County, City     State    Zip Code

## II. PLACE OF EMPLOYMENT

The address at which I was employed or sought employment by the defendant(s) is:

US Census Bureau
_____
Name

32 Old Slip
_____
Address

Kings, New York    NY    10005
_____
County, City     State    Zip Code

## III. CAUSE OF ACTION

### A. Federal Claims

This employment discrimination lawsuit is brought under (check only the options below that apply in your case):

☐ **Title VII of the Civil Rights Act of 1964**, 42 U.S.C. §§ 2000e to 2000e-17, for employment discrimination on the basis of race, color, religion, sex, or national origin

The defendant discriminated against me because of my (check only those that apply and explain):

☐ race: _____

☐ color: _____

☐ religion: _____

☐ sex: _____

☐ national origin: _____

Page 3

☐ **42 U.S.C. § 1981**, for intentional employment discrimination on the basis of race

My race is: _____

☐ **Age Discrimination in Employment Act of 1967**, 29 U.S.C. §§ 621 to 634, for employment discrimination on the basis of age (40 or older)

I was born in the year: _____

☐ **Rehabilitation Act of 1973**, 29 U.S.C. §§ 701 to 796, for employment discrimination on the basis of a disability by an employer that constitutes a program or activity receiving federal financial assistance

My disability or perceived disability is: _____

☐ **Americans with Disabilities Act of 1990**, 42 U.S.C. §§ 12101 to 12213, for employment discrimination on the basis of a disability

My disability or perceived disability is: _____

☐ **Family and Medical Leave Act of 1993**, 29 U.S.C. §§ 2601 to 2654, for employment discrimination on the basis of leave for qualified medical or family reasons

## B. Other Claims

In addition to my federal claims listed above, I assert claims under:

☐ **New York State Human Rights Law**, N.Y. Exec. Law §§ 290 to 297, for employment discrimination on the basis of age, race, creed, color, national origin, sexual orientation, military status, sex, disability, predisposing genetic characteristics, marital status

☐ **New York City Human Rights Law**, N.Y. City Admin. Code §§ 8-101 to 131, for employment discrimination on the basis of actual or perceived age, race, creed, color, national origin, gender, disability, marital status, partnership status, sexual orientation, alienage, citizenship status

☑ Other (may include other relevant federal, state, city, or county law):

_____

## IV.    STATEMENT OF CLAIM

### A.  Adverse Employment Action

The defendant or defendants in this case took the following adverse employment actions against me (check only those that apply):

☐   did not hire me

☐   terminated my employment

☐   did not promote me

☐   did not accommodate my disability

☐   provided me with terms and conditions of employment different from those of similar employees

☒   retaliated against me

☐   harassed me or created a hostile work environment

☐   other (specify): _____

_____

### B.  Facts

State here the facts that support your claim. Attach additional pages if needed. You should explain what actions defendants took (or failed to take) *because of* your protected characteristic, such as your race, disability, age, or religion. Include times and locations, if possible. State whether defendants are continuing to commit these acts against you.

enclosed is a copy of the complaint and the EEOC decision

As additional support for your claim, you may attach any charge of discrimination that you filed with the U.S. Equal Employment Opportunity Commission, the New York State Division of Human Rights, the New York City Commission on Human Rights, or any other government agency.

Page 5

## V.    ADMINISTRATIVE PROCEDURES

For most claims under the federal employment discrimination statutes, before filing a lawsuit, you must first file a charge with the U.S. Equal Employment Opportunity Commission (EEOC) and receive a Notice of Right to Sue.

Did you file a charge of discrimination against the defendant(s) with the EEOC or any other government agency?

☑ Yes (Please attach a copy of the charge to this complaint.)

When did you file your charge? _____

☐ No

Have you received a Notice of Right to Sue from the EEOC?

☑ Yes (Please attach a copy of the Notice of Right to Sue.)

What is the date on the Notice?     *Jan. 17, 2022*

When did you receive the Notice?     *I'm not sure*

☐ No

## VI.    RELIEF

The relief I want the court to order is (check only those that apply):

☐ direct the defendant to hire me

☑ direct the defendant to re-employ me

☑ direct the defendant to promote me

☐ direct the defendant to reasonably accommodate my religion

☐ direct the defendant to reasonably accommodate my disability

☑ direct the defendant to (specify) (if you believe you are entitled to money damages, explain that here):

*enclosed is a copy of the complaint.*

_____

_____

_____

Page 6



**UNITED STATES DEPARTMENT OF COMMERCE**
**Economics and Statistics Administration**
**U.S. Census Bureau**
Washington, DC  20233-0001
OFFICE OF THE DIRECTOR

Complaint No.: 63-2022-00027
Filing Date: 12-6-21

Melissa Newton
49 Flat Bush Ave.
Apt. 1026
Brooklyn, NY 11217

Dear Ms. Newton:

This acknowledges receipt of your discrimination complaint.  We forwarded your complaint to the Office of Civil Rights at the Department of Commerce for further processing.

Regulations require that you notify us of any change in address and keep us informed of any prolonged absence from your current address.  Your cooperation in this matter is essential.

We enclosed the Counselor's Report for your information.  If you have any questions, please call your counselor on (301) 763-2853 or 1-800-872-6096, or forward your written rebuttal to:

> Office of Civil Rights,
> Swing Space, Floor C – Suite 200
> U.S. Department of Commerce
> 14th and Constitution Avenue, N.W.
> Washington, DC  20230

Sincerely,

*Carol Keeve for David Donovan*

David Donovan
Acting Chief, Equal Employment Opportunity and
Diversity and Inclusion Office
U.S. Census Bureau

Enclosure:   Counselor's Report



census.gov

Complaint No.: 63-2022-00027

## COUNSELOR'S REPORT

Date: <u>12/13/2021</u>          Melissa Newton
                              Complainant


MEMORANDUM FOR:      David Donovan
                     Acting Chief, Equal Employment Opportunity and
                     Diversity and Inclusion Office


FROM:                Carol Keeve
                     EEO Counselor



SUBJECT:             Report of Counseling Activity


Job Title, Series, Grade:   Former Field Representative, GS-0303-05/01
Branch, Division:           Field Division
Duty Location:              New York Regional Office
**********************************************************************************

Home Address:   49 Flat Bush Ave.
                Apt. 1026
                Brooklyn, NY 11217

Telephone Number: (631) 720-4399      Email Address: newtonmelissa@aol.com
**********************************************************************************

Name of Representative:                               Phone:
Address:
**********************************************************************************

<u>11/04/2021</u>  Date of Initial Contact
<u>10/01/2021</u>  Date of Harm
<u>10/01/2021</u>  Last date of employment
<u>11/05/2021</u>  Date of First Interview with Counselor
<u>12/04/2021</u>  Date Complainant Received "Notice of Right to File a Discrimination
           Complaint"
**********************************************************************************

Bases: (**List** all those Complainant claims)
Race:                      Color:                   Sex:
Age:      DOB:             National Origin:         Religion:
Physical Disability:              Mental Disability:
Reprisal for Prior complaint(s): [Insert Case Number(s)]
Reprisal for other protected activity (describe) **Questioning her manager supervisor style**
Other:
_____ The Complainant does not know at this time

**I.  How has Complainant been treated differently than other persons who are not of his/her class? (Have other employees been subjected to the same job action?)** (The statement of differential treatment should include who, what, where, when and why)

> Complainant, Former Field Representative, GS-0303-05/01, with the New York Regional Office, alleges that due to retaliation for questioning her supervisor's management style, she was terminated on October 1, 2021.

**See Attachment #'s 1-2, Intake Session Worksheet for additional information regarding the alleged discrimination.**

**What action does Complainant seek to resolve this matter?**

In order to resolve this matter, the Complainant is seeking the following:

1.  Full time employment with the Census Bureau starting with part-time work and not to exceed 10 hours a day, training for every survey, to be able to work year-round and pay for the day after the NYCHVS ended, August 23 to October 1, the day she was terminated, at 10 hours a day including overtime and night differential in the amount of $11,245.60; or
2.  Pay from January 12, 2021 to October 1, 2021, 10 hours each day including night differential, overtime and including weekends minus the hours she already worked from January 12, 2021 to October 1, 2021, totaling $64,606.87.

**How have management's actions caused the Complainant harm? Please explain.**

Financial Harm.   Complainant stated she was available to work other surveys year-round.

**What steps were taken to obtain information on this allegation?   For each step taken, give the date of contact and the name and title of each person contacted.**

| Date of Contact | Name and Position Title of the person contacted | Telephone Number |
|---|---|---|
| 11-5-2021 | Initial Interview | (631) 720-4399 |
| 11-30-2021 | Telephone conversation with Elvis Van, Administrative Officer, New York Regional Office | 212-584-3401 (Office) 347-920-1457 (Mobile) |

**II.    What explanation did the management official give for the actions Complainant believes were discriminatory?**   (List the management official interviewed, include his/her name, position title, telephone number. Attach any documents that supports their explanation.)

**Management's Response from Lisa Moore, Assistant Regional Director, New York Regional Office, 212-584-3471 (Office), 347-380-3655 (Mobile):**

"We have reviewed the complainants remarks to further understand their concerns. Based on our findings, management were in line with the policies and procedures in place to conduct survey work. Complainant's application for employment will remain active in our database until December 26, 2021, which is two years from her original date of submitting the application. The complainant can submit a new application for any future opportunities within the geography they reside.

Complainant was hired on a temporary appointment with a not to exceed date (NTE date). At the conclusion of the work available, staff are separated which at times can occur before or on their NTE date. Staff can be extended to work on additional programs if there is a work need. The complainant was extended to work another one-time survey, RHFS, which has since concluded."

**What evidence or explanation does Complainant have to show that the reasons given above are not true ones, and that discrimination is the real reason?**


**List of Attachments or Documents Reviewed:**

| No. | Document | Source |
|---|---|---|
| 1 | Intake Session Worksheet | Complainant |
| 2 | Intake Session Worksheet 1a | Complainant |
| 3 | SF-50 | Management |

# Attachment #1

# Equal Employment Opportunity
## *Intake Session Worksheet*

The purpose of the *Intake Session Worksheet* is to allow you the opportunity to capture your thoughts and to clearly state your concerns as they have brought you to an EEO Counselor for assistance.

**The main concern that has brought me to contacting the EEO Office for assistance is:**

1. **What** happened? – **State in *specific* terms and *actions, incidents, issues* that concern you.**

On October 1st 2021, I was told not to bill any more hours and that I was being terminated, because of lack of production. The supervisor of the RHFS Ms. Nelida Morales said that I should have checked my email that morning because she had already sent an email telling me that. That morning there was supposed to be a meeting. Every morning a Friday morning there was supposed to be a meeting held by Ms. Morales at 12 pm for the RHFS.

2. **Who** is/are the person/persons that you believe are responsible for the actions/incidents? **Who did what?**

Ms. Nelida Morales and Rebecca Encalada in charge of the RHFS. Ms Morales was trying to be clear that Rebecca was in charge Ms. Morales sent the email to me terminating my employment. It did not come from Rebecca.

3. **What documents** do you believe are involved in the incidents that concern you?

(a) the letter validating my employment w' the Us Census Bureau and the it has the date I am not to exceed employment. My ID will expire in 5 years. (b) The termination email sent to me from Ms. Morales (c) The letter/email from me sent to the respondent explaining to him why we needed to reschedule the meeting

4. **When** did the events occur that gave rise to your concerns? **When** did you become aware of the nature of the events?

On October 18, 2021 I became aware that I might still be working for the US Census Bureau, when Ms. Morales said she had to have a meeting about →

Page 1

Question 3 continued.

d. The email recaping the meeting got cancelled on Oct 1st 2021 - contains her instructions and why she was cancelling the meeting

e. The letter sent from the admin office in an email verifying employment start and end date.

f. proof of earnings year to date



That meeting was cancelled again on Oct 1st 2021. She had a lot of personal business to handle all survey. If she would have held the meeting, I'm sure she would have told me I was terminated. I didn't check my email that morning because I was sure I was attending the meeting as usual. She cancelled the meeting and left instructions for all Field Reps to continue on handling there 205's, that is follow up with phone calls to see if the people who scheduled to do the surveys had already done them because of self response. or try to schedule a day and time to conduct the surveys in person. I went through my case load (as usual) which had just been given back to me a few days ago. It was given back to them because of low productivity on their part. (You could only conduct the survey according to their instruction and also gather information) They weren't very efficient in utilizing the information or resources available upon the survey. My case load along with the instructions she left that day after cancelling the meeting only gave me about an hour and a half of work. I was able to find out this because I didn't check my email and she cancelled the meeting. (I have a copy of this in an email that is sent to recap the meeting and or the details of the meeting - see proof attached as documented). Also upfront to begin the survey, I was only given 10 cases where I should have been given 40 cases especially because I was



just begginning the survey. So due to lack of work which Ms. Morales compiled that she didn't have alot of work in Brooklyn, also this is what she said as she was terminating me. I reminded her that as it was just before that she didn't have to worry about there not being enough work in Brooklyn I was able to travel. In the past she was very retaliatory. When I informed her that I was called on to see if I could work in Rochester she replied that I didn't drive. There are days when they send field reps out together and one field rep has a vehicle. She did not declare that in particula she also compiled that on this survey the RHFS that the budget wasn't big enough, along with she didn't have enough cases in Brooklyn. She said that she was emailing admin so they can mail me the labels to return the equipment back orelse I'd have to walk in to return it. It was now October 18th 2021. I texted her time and time again on the labels. I even called admin to inquire why they were taking so long. They were keeping me about as if to move me to another survey as in the past. She also was retaliatory ~~that I when~~ when she said that I was an entree and I was not to exceed a certain date as stated on my letter of issuing employment. I had definitely already exceeded that date. On October 18th 2021 I decided to walk in and return the equipment inperson.

④

I checked my laptop where she insisted my cases were already removed and given to someone else but they were not removed and no one made any new notes on the cases. The notes were still perfect and even according to time keeping correctly. Ex, the day of the storm/flood I even noted the trains were delayed. She was retaliatory when she told me that I didn't have to be so exact within my notetaking. She was retaliatory against keeping notes and time keeping. For Ex. the day of the storm/flood I even noted the trains were delayed being retaliatory she told me that I didn't have to be exact. Fast data is a place FR's call in to get names & phone #'s of people and properties. They have estimated wait times before you can speak to someone sometimes I noted the wait time. Ms. Morales didn't accept this type of informative and told me not to keep up with that. She also said that we were ~~already~~ only allowed 10,000 characters per case in the MCM instrument I'm sure I would not have exceeded that. On another occasion I went to see a guy who agreed to do the survey in person on Sept 21st or so at about 1pm. He was the only one so far who made an appointment and I couldn't conduct the survey because the wifi for the ~~apartment~~ US Census Bureau



had became disabled on my end. Ms. Morales said that in these instances I could use the respondent's personal wifi, and she told me that I should do this that day instead of the routine remedy ticket that she should have had issued. Since, I was not trained on using other people's wifi. I decided to call the IT department and figure out how my laptop got disabled. I called the IT department the next day. I did not continue working that day even though and how she advised me to. The IT department said that my laptop had only went into airplane mode, and that I should never use other people's wifi that is against procedures. I informed Ms. Morales about this information from the IT department. I think she should have known this type of store specifically and before hand. That day I decided I couldn't continue my case work because of my laptop. Ms. Morales and I decided that I should send a letter to the respondent and explaining what happened and try to reschedule the interview. On October 16th as I was on my way to return the equipment and texted Ms. Morales and informed her of that. Her reply was to wait until she got out of the Monday morning meeting which is at 10am every morning hosted by Rebecca Encalada. Ms. Morales said that

Ms. Morales said that she would bring up the issue about this at the meeting on this day October 18, 2021. This is a meeting that I would also have been attending had I not been terminated. On Oct. 18th I became aware that I might still be working for the US Census Bureau when Ms. Morales said that she had to have a meeting about me returning the equipment. Her attitude was do not bill anymore hours.

On October 18th I did not wait for Ms. Morales to get out her meeting. I returned the equipment myself and informed her about the visit. Her instruction on returning the equipment now was for me to give her a date and time that would be good for me to do this.

me returning the equipment.
On October 18th 2021. I quit.

5. **Where** did the events occur?

I'm a Field Rep, so the events mostly
have to do with over the phone and
the laptop. and also 32 old slip 1st Floor,
New York, NY 10005

6. **How** do you believe that you have been harmed?

I am out of employment. I could have trained
for another survey. I was sent self study
materials for another survey. I told Ms
Morales who chose that I would stay w/ her
through training for the RHFS. Ms Morales also
suggested that I take weekends off.

7. What *protected* basis(es) do you believe have been *violated and how?*:

☐    Race: _____      ☐    National Origin: _____

☐    Color: _____     ☐    Age: _____ DOB: _____

☐    Religion: _____  ☐    Disability: _____

☐    Sex: _____       ☑    Retaliation: _____

as explained in @ Answer to # 1

8. Please identify the perceived Responsible Management Official(s) by name and title

Ms. Nelida Morales and Rebecca Encalada

9. What *recourse* or *remedy* do you seek?

In recourse I would like # Full time employment w/ the Census bureau again starting off w/ overtime & not to exceed 10 hours a day and also w/ training for every single survey in the capacity and also to be able to work all year around also retro money from the day after NyCtus ended. Aug 23rd to Oct 1st the day I was terminated

10. Please attach any documents in support of your allegations

attached is letter of employment verification start and end date. and also rate of pay letter.

10 hours a day each day and including overtime @ night differential.

Signature: Melissa Newton

Date: 11/14/2021

PRINT NAME: Melissa Newton

CASE NUMBER: #

Aug 23rd 2021
to October 1st 2021

11,245.60

totaling 40 days including overtime & night differential

remedy
January 12, 2021 to Oct 1st 2021 [3]
each day 10 hours including night differential & overtime including weekends



minus hours already worked from
Jan 12, 2021 to October 1st 2021.

75,626.66
for 269 days
including weekends
overtime and night differential
minus hours already worked to date

Melissa Newton 11/14/21
11/15/21

75,626.66
-11,019.79
_____

Remedy
64,606.87. for 269 days of work
including weekends overtime, and night
differential - minus hours/pay that I already
worked for todate

attached copy of document w/
amount ytd. (year todate)

 Gmail

**Graphicolor Corp <graphicolorny@gmail.com>**

## Fw: Team Meeting FSA 72,74,76,77
1 message

**melissa newton** <newtonmelissa@aol.com>                                                Thu, Nov 11, 2021 at 11:38 AM
To: Graphicolor Corp <graphicolorny@gmail.com>

----- Forwarded Message -----
**From:** Nelida Morales Hernandez (CENSUS/NYRO-FR FED) <nelida.morales.hernandez@census.gov>
**To:** newtonmelissa@aol.com <newtonmelissa@aol.com>
**Sent:** Monday, October 4, 2021, 02:32:42 PM EDT
**Subject:** Fw: Team Meeting FSA 72,74,76,77

Along with this message she input due toa personal reason I am cancelling this meeting.  She can provide documentation of this.

**From:** Nelida Morales Hernandez (CENSUS/NYRO-FR FED) <nelida.morales.hernandez@census.gov>
**Sent:** Friday, October 1, 2021 7:43 AM
**To:** Rukiatu T Levi (CENSUS/NYRO-FR FED) <rukiatu.t.levi@census.gov>; Farrah L Cine (CENSUS/NYRO-FR FED) <farrah.l.cine@census.gov>; Helena Y Wu (CENSUS/NYRO-FR FED) <helena.y.wu@census.gov>; Jameilis Matos (CENSUS/NYRO-FR FED) <jameilis.matos@census.gov>; Jamelia G Freeland (CENSUS/NYRO-FR FED) <jamelia.g.freeland@census.gov>; Charles K Diamond (CENSUS/NYRO-FR FED) <charles.k.diamond@census.gov>; Patricia Marian Ryan (CENSUS/NYRO-FR FED) <patricia.m.ryan@census.gov>; James H Cornehlsen (CENSUS/NYRO-FR FED) <james.h.cornehlsen@census.gov>; Lori A Koenig (CENSUS/NYRO-FR FED) <lori.a.koenig@census.gov>; Kristine A Sigwalt (CENSUS/NYRO-FR FED) <kristine.a.sigwalt@census.gov>; Tina M Dolan (CENSUS/NYRO-FR FED) <tina.m.dolan@census.gov>; Nathalie R Gibeau (CENSUS/NYRO-FR FED) <Nathalie.R.Gibeau@census.gov>; James J Kennedy (CENSUS/NYRO-FR FED) <james.j.kennedy@census.gov>; David W Alexander (CENSUS/NYRO-FR FED) <david.w.alexander@census.gov>; Walter P Gallivan (CENSUS/NYRO-FR FED) <walter.p.gallivan@census.gov>; William McCarthy (CENSUS/NYRO-FR FED) <William.McCarthy@census.gov>; Stephen Longo (CENSUS/NYRO-FR FED) <stephen.longo@census.gov>; Tracie M Gordon (CENSUS/NYRO-FR FED) <tracie.m.gordon@census.gov>; John F Orrik (CENSUS/NYRO-FR FED) <john.f.orrik@census.gov>; Bernadette M Watters (CENSUS/NYRO-FR FED) <bernadette.m.watters@census.gov>; Jason Haberzettl (CENSUS/NYRO-FR FED) <jason.m.haberzettl@census.gov>; Wendi L Bullock (CENSUS/NYRO-FR FED) <wendi.l.bullock@census.gov>; Brian W Morrison (CENSUS/NYRO-FR FED) <brian.w.morrison@census.gov>; Melissa M Newton (CENSUS/NYRO-FR FED) <melissa.m.newton@census.gov>
**Cc:** Anely D Uribe (CENSUS/NY FED) <anely.d.uribe@census.gov>
**Subject:** Canceled: Team Meeting FSA 72,74,76,77
**When:** Friday, October 1, 2021 12:00 PM-12:30 PM.
**Where:**

No meeting today. Anely and I will be in an RHFS training class. Focus n your 205s!!

 Gmail                                                    **Graphicolor Corp <graphicolorny@gmail.com>**

## Fw: RHFS Cases Removed

1 message

**melissa newton** <newtonmelissa@aol.com>                    Thu, Nov 11, 2021 at 11:39 AM
To: Graphicolor Corp <graphicolorny@gmail.com>

----- Forwarded Message -----
**From:** Melissa M Newton (CENSUS/NYRO-FR FED) <melissa.m.newton@census.gov>
**To:** newtonmelissa@aol.com <newtonmelissa@aol.com>
**Sent:** Friday, October 1, 2021, 05:30:51 PM EDT
**Subject:** Fw: RHFS Cases Removed

**From:** Nelida Morales Hernandez (CENSUS/NYRO-FR FED) <nelida.morales.hernandez@census.gov>
**Sent:** Friday, October 1, 2021 2:12 PM
**To:** Melissa M Newton (CENSUS/NYRO-FR FED) <melissa.m.newton@census.gov>
**Subject:** Fw: RHFS Cases Removed

Nelida Morales Hernandez
Field Supervisor-HVS-8981
New York Regional Office
32 Old Slip
New York, N.Y. 10005
646-575-7389
nelida.morales.hernandez@census.gov

**From:** New York RHFS (CENSUS/NY) <new.york.rhfs@census.gov>
**Sent:** Thursday, September 30, 2021 3:51 PM
**To:** Melissa M Newton (CENSUS/NYRO-FR FED) <melissa.m.newton@census.gov>
**Cc:** Nelida Morales Hernandez (CENSUS/NYRO-FR FED) <nelida.morales.hernandez@census.gov>
**Subject:** RHFS Cases Removed

Hi Melissa,

Good Morning. As discussed, we have been closely monitoring case progress. To date, you have not completed any cases since you joined the survey. As a result, we have removed your RHFS cases as of this morning. Please do not work or bill any more hours to RHFS. We will be in touch to discuss next steps.

Please let us know if you have any questions.

Thank you,



**UNITED STATES DEPARTMENT OF COMMERCE**
**U.S. Census Bureau**
32 Old Slip, 9th Floor
New York, NY 10005-3500

November 10, 2021

Melissa Newton
49 Flatbush Avenue #1026
Brooklyn, NY 11219

To whom it may concern:

This letter is written at the request of Melissa Newton. Melissa Newton is a former employee with the U.S. Census Bureau, New York Regional Office as an Intermittent Field Representative. She was hired as a Field Representative on January 12th, 2021 through October 1st, 2021.

If you have any questions or if you need further assistance, please call our Administrative Department at (212) 584-3410.

Sincerely,

Jeff T. Behler
Regional Director



Attachment 1



**UNITED STATES DEPARTMENT OF COMMERCE**
**U.S. Census Bureau**
32 Old Slip, 9th Floor
New York, NY 10005-3500

09/25/2020

Ms. Melissa Newton
49 Flatbush Ave.
Apt 1026
Brooklyn, N.Y. 11217

Dear Ms. Melissa Newton :

We are pleased to confirm our offer to you of an Excepted Service, Schedule A appointment with a mixed-tour work schedule in the Department of Commerce, U.S. Census Bureau, New York Regional Office, duty stationed in **Brooklyn, NY.** A mixed-tour appointment allows a combination of various work schedules based on the Census Bureau's needs. You will be employed as a Field Representative, **GG 0303, 05/01** with an hourly salary of **$19.33** with an intermittent work schedule, and a Not to Exceed date of **08/14/2021**. You will be paid for all hours worked, including training and reimbursed for all approved travel-related expenses. You will also be reimbursed mileage for all work-related travel while using your personal vehicle.

Please review this letter carefully as it contains important information and guidance in completing the necessary forms for a successful career with the U.S. Census Bureau. We have enclosed instructions of what is required by you, along with the fingerprint cards and agency-specific forms that must be completed and returned to the Regional Office in the pre-paid envelope provided. Failure to complete and return all forms by Thursday **October 8th 2020** will delay the effective date of your appointment. **Please be advised that your name must be entered on the forms and in the electronic systems the same way it appears on your proof of identification documents.** If for some reason, you have not completed and submitted the required documents for our receipt **October 8th 2020,** you must contact me immediately to establish a delayed appointment date.

As part of the hiring process, your supervisor will meet with you to swear you in as a Census Bureau employee, or you may be directed to a notary public. During the meeting you will need to sign an Excepted Service Agreement, and provide proof of identity. It is required that all new appointees present proof of identity as part of their employment eligibility prior to reporting to work.

Additionally, you are required to complete Data Stewardship Awareness Training before a Census laptop and equipment can be issued to you. By "Data Stewardship" we mean fulfilling the pledge of confidentiality we give our respondents, and protecting from disclosure any

personally identified information that each of us might use as part of our jobs. You will receive separate instructions regarding the Data Stewardship Awareness Training requirements.

When you receive your Census laptop, you will find a link to the Administrative Handbook for Schedule A Employees, also referred to as the 11-55 (RO). Please familiarize yourself with this handbook as it contains useful information about the Federal Government, Department of Commerce, and the U.S. Census Bureau.

Office of Government Ethics regulations require that Human Resources offices provide prospective new employees and all new supervisors with the notices described below. See 5 C.F.R. §§ 2638.105(b)(3), 2638.303, and 2638.306.

**Notice to New Employees**

As an employee of the Department of Commerce, you have been placed in a position of trust and you will be held to a high standard of ethics conduct. The Department of Commerce is committed to the highest ethical standards, and as an employee, you will be covered by the criminal conflict of interest statutes and the Standards of Ethical Conduct for Employees of the Executive Branch. You may find a summary of the Federal conflict of interest statutes, the Standards of Ethical Conduct for Employees of the Executive Branch, and other ethics laws on the Ethics Law and Programs Division's web page: https://ogc.commerce.gov/page/ethics-rules.

You should review and retain this summary for use as a reference. You may also visit the Ethics Law and Program Division web page at www.commerce.gov/ethics for more information about the ethics rules. If you have any questions on applicable ethics requirements, please contact the Commerce ethics office at 202-482-5384 or ethicsdivision@doc.gov.

Also, please note that you are required to complete new employee ethics training within three months of entering on duty. We strongly recommend that you attend this training as soon as possible.

[For employees required to file financial disclosure reports:] Please note that you are required to file a financial disclosure report and your report will be due within 30 days after entering on duty. If you have any questions, please contact the ethics office at 202-482-5384 or ethicsdivision@doc.gov.

We look forward to having you work for the U.S. Census Bureau. If you have any questions, please contact Administration at 212 584-3410.

Sincerely,

Jeff T. Behler

2

| 2021, 13 (06/20/2021 to 07/03/2021) | BUREAU OF THE CENSUS | GG 05 01 | $40,749.00 | 01/15/2021 | $0.00 |
|---|---|---|---|---|---|

Earnings and Deductions

| Code | Description | Hours P/P | Hours YTD | Amount P/P | Amount YTD |
|---|---|---|---|---|---|
| 01 | REGULAR TIME | 44.75 | 383.00 | 873.97 | 7,479.98 |
| 11 | NIGHT DIFFERENTIAL | 13.00 | 81.50 | 25.35 | 158.95 |
| 17 | TRANSIT FRINGE | | | | 5.50 |
| 17 | TRAVEL REIMBURSEMENTS | | | | 50.00 |
| 44 | CASH AWARD | | | 75.00 | 375.00 |
| ** | **** PAY PERIOD HOURS & GROSS PAY **** | 44.75 | | 974.32 | 8,063.93 |
| 76 | SOCIAL SECURITY (OASDI) | | | 60.41 | 497.20 |
| 77 | FEDERAL TAX EXEMPTS MS | | | 58.84 | 355.09 |
| 78 | ST TAX NY EXEMPTS S00 | | | 27.80 | 201.65 |
| 79 | CITY TAX EXEMPTS S00 | | | 20.06 | 147.19 |
| 97 | MEDICARE TAX WITHHELD | | | 14.13 | 116.30 |
| ** | ********** TOTAL DEDUCTIONS ********** | | | 181.24 | 1,317.43 |
| ** | *************** NET PAY *************** | | | 793.08 | 6,746.50 |
| ** | DD/EFT ROUTING NO. ******** | | | | |

Year-to-Date Leave Status

| Type | Accrued | Used | Balance | Projected Use or Lose | PT Hrs Unapp | Max Carry-Over |
|---|---|---|---|---|---|---|
| Annual | | 0 | 0 | 0 | | 0 |
| Sick | | 0 | 0 | | | Leave Category |
| Compensatory | 0 | 0 | 0 | | | 0 |
| Credit Hours By Pay Period | 0 | 0 | 0 | | | |
| Religious Comp By Pay Period | 0 | 0 | 0 | | | |
| Travel Comp By Pay Period | 0 | 0 | 0 | | | |
| Military | 0 | | | | | |
| Time Off Award | | 0 | 0 | | | |
| BPAPRA Comp | | | 0 | | | |
| BPAPRA Obligated Debt | | | 0 | | | |
| Disabled Veteran Leave | | 0 | 0 | | | |

| Type | 1st Year | 2nd Year | 3rd Year | Balance | | |
|---|---|---|---|---|---|---|
| REST ANN LV HRS | 0 | 0 | 0 | 0 | | |

Remarks

Agency Contributions to Employee Benefits this Pay Period

| FICA/Social Security (OASDI) | 60.41 |
|---|---|
| Medicare Tax | 14.13 |

# Attachment #2

2021, 20                    BUREAU        GG 05   $40,749.00   01/15/2021              $0.00
(09/26/2021 to 10/09/2021) OF THE          01
                           CENSUS

*correct amount* YTD

## Earnings and Deductions

| Code | Description | Hours P/P | Hours YTD | Amount P/P | Amount YTD |
|---|---|---|---|---|---|
| 01 | REGULAR TIME | 12.50 | 564.25 | 244.13 | 11,019.79 |
| 11 | NIGHT DIFFERENTIAL | .75 | 107.25 | 1.46 | 209.17 |
| 17 | TRANSIT FRINGE | | | | 5.50 |
| 17 | TRAVEL REIMBURSEMENTS | | | | 50.00 |
| 44 | CASH AWARD | | | | 525.00 |
| ** | **** PAY PERIOD HOURS & GROSS PAY **** | 12.50 | | 245.59 | 11,803.96 |
| 76 | SOCIAL SECURITY (OASDI) | | | 15.23 | 729.09 |
| 77 | FEDERAL TAX EXEMPTS MS | | | | 515.63 |
| 78 | ST TAX NY EXEMPTS S00 | | | | 290.76 |
| 79 | CITY TAX EXEMPTS S00 | | | 1.09 | 213.28 |
| 97 | MEDICARE TAX WITHHELD | | | 3.56 | 170.54 |
| ** | ********** TOTAL DEDUCTIONS ********** | | | 19.88 | 1,919.30 |
| ** | *************** NET PAY *************** | | | 225.71 | 9,884.66 |
| ** | DD/EFT ROUTING NO. ******** | | | | |

## Year-to-Date Leave Status

| Type | Accrued | Used | Balance | Projected Use or Lose | PT Hrs Unapp | Max Carry-Over |
|---|---|---|---|---|---|---|
| Annual | | 0 | 0 | 0 | | 0 |
| Sick | | 0 | 0 | | | Leave Category |
| Compensatory | 0 | 0 | 0 | | | 0 |
| Credit Hours By Pay Period | 0 | 0 | 0 | | | |
| Religious Comp By Pay Period | 0 | 0 | 0 | | | |
| Travel Comp By Pay Period | 0 | 0 | 0 | | | |
| Military | 0 | | | | | |
| Time Off Award | | 0 | 0 | | | |
| BPAPRA Comp | | | 0 | | | |
| BPAPRA Obligated Debt | | | 0 | | | |
| Disabled Veteran Leave | | 0 | 0 | | | |

| Type | 1st Year | 2nd Year | 3rd Year | Balance |
|---|---|---|---|---|
| REST ANN LV HRS | 0 | 0 | 0 | 0 |

## Remarks

## Agency Contributions to Employee Benefits this Pay Period

| | |
|---|---|
| FICA/Social Security (OASDI) | 15.23 |
| Medicare Tax | 3.56 |

# Attachment #3

Standard Form 50
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296-33, Subch. 4

## NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|---|
| NEWTON, MELISSA M | | | | 10/03/21 |

| FIRST ACTION | | SECOND ACTION | |
|---|---|---|---|
| 5-A. Code | 5-B. Nature of Action | 6-A. Code | 6-B. Nature of Action |
| 355 | TERMINATION EXP OF APPT | | |
| 5-C. Code | 5-D. Legal Authority | 6-C. Code | 6-D. Legal Authority |
| | | | |
| 5-E. Code | 5-F. Legal Authority | 6-E. Code | 6-F. Legal Authority |
| | | | |

| 7. FROM: Position Title and Number | 15. TO: Position Title and Number |
|---|---|
| FIELD REPRESENTATIVE<br>66433309    SA9471 | |

| 8. Pay Plan | 9. Occ. Code | 10. Grade or Level | 11. Step or Rate | 12. Total Salary | 13. Pay Basis | 16. Pay Plan | 17. Occ. Code | 18. Grade or Level | 19. Step or Rate | 20. Total Salary | 21. Pay Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| GG | 0303 | 05 | 01 | 40,749.00 | PA | | | | | | |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay | 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|---|---|---|---|
| 30,414.00 | 10,335.00 | 40,749.00 | .00 | | .00 | | .00 |

| 14. Name and Location of Position's Organization | 22. Name and Location of Position's Organization |
|---|---|
| BUREAU OF THE CENSUS<br>DEPUTY DIRECTOR<br>ASSOC DIR FOR FIELD OPERATIONS<br>FIELD DIVISION | 1B<br>CM 631115005720227254    PP 22 2021 |

### EMPLOYEE DATA

| 23. Veterans Preference | 24. Tenure | 25. Agency Use | 26. Veterans Pref for RIF |
|---|---|---|---|
| 1 – None    3 – 10-Point/Disability    5 – 10-Point/Other<br>2 – 5-Point    4 – 10-Point/Compensable    6 – 10-Point/Compensable/30%<br>1 | 0 – None    2 – Conditional<br>0    1 – Permanent    3 – Indefinite | ☐ | YES    X NO |

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| A0    INELIGIBLE-EXCLUDED BY LAW OR REG | 9    NOT APPLICABLE | 0 |

| 30. Retirement Plan | 31. Service Comp. Date (Leave) | 32. Work Schedule | 33. Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| 2    ˉ FICA | 07/04/21 | I    INTERMITTENT | |

### POSITION DATA

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 1 – Competitive Service    3 – SES General<br>2 – Excepted Service    4 – SES Career<br>2 | E - Exempt<br>N - Nonexempt<br>N | | 7777 |

| 38. Duty Station Code | 39. Duty Station (City – County- State or Overseas Location) |
|---|---|
| 36-4170-047 | NEW YORK-KINGS KINGS NY |

| 40. AGENCY DATA | 41. | 42. | 43. | 44. |
|---|---|---|---|---|
| CM 63 | | | | |

45. Remarks

SF-8 FURNISHED.
INTERMITTENT EMPLOYMENT TOTALED 34 DAYS/124.25 HOURS IN PAY STATUS FROM
8/15/21 TO 10/3/21.
FORWARDING ADDRESS=49 FLATBUSH AVENUE #1026 BROOKLYN NY 11217
LUMP-SUM PAYMENT TO BE MADE FOR ANY UNUSED ANNUAL LEAVE.
REASON(S) FOR TERMINATION: EXPIRATION OF APPT

| 46. Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| Department of Commerce | E/S BY: VERONICA M. LEGRANDE |

| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date | |
|---|---|---|---|
| CM63 | 1798 | 10/03/21 | CHIEF, HUMAN RESOURCES DIVISION |

5-Part

Editions Prior to 7/91 Are Not Usable After

CM 631115005720227254 PP 22 1*2021*BATCH 17986744 000-00 905-63 AG/EO 63-1798

6/00/93
NSN 7540-01-333-6236

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Office of Federal Operations
P. O. Box 77960
Washington, D.C. 20013

## OFO Document Routing Slip

Complainant Name  Melissa M. Newton

Docket Number

Date Received  3/3/22

Date Scanned  MAR 03 2022

Document Type  ✓ APPEAL          BRIEF

COMPLIANCE

Method of Delivery  ✓ Mailed          Faxed

Hand Delivered          Emailed

Rev.: FEB 2019

RECEIVED

MAR 03 2022

EEOC/OFO

## *PRIVACY ACT STATEMENT*

(This form is covered by the Privacy Act of 1974. Public Law 93-597. Authority for requesting the personal data and the use thereof are given below.)

1. **FORM NUMBER/TITLE/DATE:** EEOC Form 573, Notice of Appeal/Petition, January 2001

2. **AUTHORITY:** 42 U.S.C. § 2000e-16

3. **PRINCIPAL PURPOSE:** The purpose of this questionnaire is to solicit information to enable the Commission to properly and efficiently adjudicate appeals filed by Federal employees, former Federal employees, and applicants for Federal employment.

4. **ROUTINE USES:** Information provided on this form will be used by Commission employees to determine: (a) the appropriate agency from which to request relevant files; (b) whether the appeal is timely; (c) whether the Commission has jurisdiction over the issue(s) raised in the appeal, and (d) generally, to assist the Commission in properly processing and deciding appeals. Decisions of the Commission are final administrative decisions, and, as such, are available to the public under the provisions of the Freedom of Information Act. Some information may also be used in depersonalized form as a data base for statistical purposes.

5. **WHETHER DISCLOSURE IS MANDATORY OR VOLUNTARY AND EFFECT ON INDIVIDUAL FOR NOT PROVIDING INFORMATION:** Since your appeal is a voluntary action, you are not required to provide any personal information in connection with it. However, failure to supply the Commission with the requested information could hinder timely processing of your case, or even result in the rejection or dismissal of your appeal.

---

Send your appeal to:

The Equal Employment Opportunity Commission
Office of Federal Operations
P.O. Box 77960
Washington, D.C. 20013

I am late to file this appeal because, because I used a fax # instead of the mailing address

# NOTICE OF APPEAL/PETITION
## TO THE EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

OFFICE OF FEDERAL OPERATIONS
P.O. Box 77960
Washington, DC 20013

| Complainant Information: (Please Print or Type) | |
|---|---|
| Complainant's name (Last, First, M.I.): | Newton, Melissa M |
| Home/mailing address: | 49 Flatbush Ave #1026 |
| City, State, ZIP Code: | Brooklyn, NY 11217 |
| Daytime Telephone # (with area code): | 661-190-4399 |
| E-mail address (if any): | newton.melissa @aol.com |

| Attorney/Representative Information (if any): | |
|---|---|
| Attorney name: | |
| Non-Attorney Representative name: | |
| Address: | |
| City, State, ZIP Code: | |
| Telephone number (if applicable): | |
| E-mail address (if any): | |

| General Information: | |
|---|---|
| Name of the agency being charged with discrimination: | US. Census Bureau |
| Identify the Agency's complaint number: | 05-2021-00077 |
| Location of the duty station or local facility in which the complaint arose: | 32 Old Slip, NY, NY 10005 |
| Has a final action been taken by the agency, an Arbitrator, FLRA, or MSPB on this complaint? | __X__ Yes; Date Received 12/2021 (Remember to attach a copy)<br>____ No<br>____ This appeal alleges a breach of settlement agreement |
| Has a complaint been filed on this same matter with the EEOC, another agency, or through any other administrative or collective bargaining procedures? | __X__ No<br>____ Yes (Indicate the agency or procedure, complaint/docket number, and attach a copy, if appropriate) |
| Has a civil action (lawsuit) been filed in connection with this complaint? | ____ No<br>____ Yes (Attach a copy of the civil action filed) |

NOTICE: Please **attach a copy of the final decision or order** from which you are appealing. If a hearing was requested, please attach a copy of the agency's final order and a copy of the EEOC Administrative Judge's decision. Any comments or brief in support of this appeal MUST be filed with the EEOC and with the agency **within 30 days** of the date this appeal is filed. The date the appeal is filed is the date on which it is postmarked, hand delivered, or faxed to the EEOC at the address above.

| Signature of complainant or complainant's representative: | |
|---|---|
| Date: | |

EEOC Form 573 REV 1/01



UNITED STATES DEPARTMENT OF COMMERCE
Chief Financial Officer and
Assistant Secretary for Administration
Washington, D.C. 20230

January 12, 2022

| | |
|---|---|
| Melissa Newton, Complainant | ) ) ) ) |
| v. | ) Complaint No.: 63-2022-00027 |
| Gina Raimondo, Secretary U.S. Department of Commerce | ) ) ) ) |

## FINAL AGENCY DECISION—PROCEDURAL

This is the final decision to dismiss Complaint Number 63-2022-00027 filed by

Melissa Newton (Complainant) against the U.S. Census Bureau (Agency),

U.S. Department of Commerce (Department).

### I.    Procedural History and Background

Complainant initiated contact with the U.S. Census Bureau's Equal Employment

Opportunity (EEO) Office on November 4, 2021. The complaint was not resolved and

Complainant was issued a Notice of Right to File [within 15 Calendar Days], which she

received on December 4, 2021. On December 6, 2021, Complainant timely filed her

complaint. On January 11, 2022, the EEO Counselor's Report was provided to the

Department's Office of Civil Rights by the Agency's EEO Office.

63-2022-00027

## II.     Statement of Claim

Complainant, formerly a Field Representative, GS-0303-05, with the New York Regional Office, U.S. Census Bureau, alleges that in retaliation for questioning her manager's supervisory style, her temporary mixed-tour appointment was terminated on October 1, 2021.

## III.     Procedural Analysis

### A.     Applicable Regulations and Case Law

The regulations of the Equal Employment Opportunity Commission (EEOC), which govern the processing of EEO complaints by Federal agencies (hereafter, the regulations), provide for the processing of:

> Individual and class of employment discrimination prohibited by
> Title VII (discrimination on the bases of race, color, religion, sex
> and national origin), the Age Discrimination in Employment Act
> (discrimination on the basis of age when the aggrieved individual
> is at least 40 years of age) and the Rehabilitation Act
> (discrimination on the basis of disability) or the Equal Pay Act
> (sex-based wage discrimination) . . . [and] . . . [c]omplaints
> alleging retaliation prohibited by these statutes . . .

*See* Title 29, Code of Federal Regulations (C.F.R.) section (§) 1614.103(a)(1999).

EEOC regulations mandate dismissal of complaints when certain circumstances exist. Specifically, complaints may be dismissed for:  (1) untimely contact with an EEO counselor or failure to bring the matter to the attention of the counselor in a timely manner; (2) untimely filing of the formal complaint; (3) failure to state a claim; (4) abuse of process; (5) states the same claim as a previous complaint; (6) filing of a civil action; (7) issue has been decided by a court of competent jurisdiction; (8) claim previously

2

raised in a negotiated grievance procedure; (9) election to appeal to the Merit Systems Protection Board; (10) complaint alleges a preliminary step; (11) complaint is moot; and (12) complaint alleges dissatisfaction with the EEO process. *See* 29 C.F.R. § 1614.107.

29 C.F.R. § 1614.107(a)(1) provides for the dismissal of a complaint that fails to state a claim where the Complainant fails to show that she is aggrieved. To state a claim under EEOC Regulations, an employee must allege and show an injury in fact. *See Hackett v. McGuire Bros.*, 445 F.2d 447 (3rd Cir. 1971). "Specifically, an employee must allege and show a 'direct, personal deprivation at the hands of the employer.' That is, a present and unresolved harm or loss affecting a term, condition or privilege of his/her employment." *Id.*

The Commission's Federal sector case precedent has long defined an "aggrieved employee" as one who suffers a present harm or loss with respect to a term, condition, or privilege of employment for which there is a remedy. *See Riden v. Department of the Treasury*, EEOC Appeal No. 05970314 (October 2, 1998); *Diaz v. Department of the Air Force*, EEOC Request No. 05931049 (April 21, 1994).

29 C.F.R. § 1614.107(a)(1) provides for the dismissal of a complaint that does not allege discrimination on a basis encompassed in one of the statutes applicable to Federal sector employees, *i.e.*, race, color, national origin, age, physical or mental disability, religion, or reprisal for prior EEO activity.

29 C.F.R. § 1614.101(b) provides that no person shall be subject to retaliation for opposing any practice made unlawful by Title VII, the Age Discrimination in Employment Act (ADEA), the Equal Pay Act (EPA), or the Rehabilitation Act, or for participating in any stage of administrative or judicial proceedings under those statutes.

3

63-2022-00027

Section 704(a) of Title VII states, in pertinent part, that discrimination is forbidden against a current employee, an applicant for employment, or a former employee because he or she has: (1) made a charge, testified, assisted, or participated in any manner in an investigation, proceeding, or hearing under Title VII or (2) opposed any practice made an unlawful employment practice by Title VII.

### B.    Analysis of Claims

On her complaint form, Complainant checked a box indicating that she believed that she had been retaliated against, but provided no further information. However, the information contained in the Counselor's Report provides the specifics of her concerns and that she was specifically alleging retaliation for questioning her manager's supervisory style. In this case, we find that the basis of retaliation is appropriate for dismissal for failure to state a claim pursuant to 29 C.F.R. § 1614.107(a)(1) as Complainant did not identify either during precomplaint counseling or in her formal complaint any type of retaliation covered by Title VII. Additionally, Complainant did not allege that she opposed any practice made unlawful by Title VII. Since Complainant has no viable basis for her complaint, the complaint is appropriate for dismissal in its entirety.

## IV.    Decision

Based upon a careful review of the record and the analysis above, we find this complaint fails to state a viable Title VII claim and therefore is dismissed pursuant to 29 C.F.R. § 1614.107(a)(1) for failure to state a claim.

4

63-2022-00027

## V.    Attorney's Fees

Since no finding of discrimination has been made, an award of attorney's fees is not appropriate. *See* 29 C.F.R. §§ 1614.110 and 1614.501(e).

## VI.    Right to Appeal or File a Civil Action

This is the Department's final action on this matter. If Complainant is not satisfied with the final action in this complaint, **one (1)** of the two (2) actions described below may be taken. Either action selected must be taken within the specified time frames.

1.    **Appeal the Final Decision to the Equal Employment Opportunity Commission by submitting the enclosed Notice of Appeal/Petition, EEOC Form 573, to the EEOC, Office of Federal Operations (OFO), using one of the following methods:[1]**

**By Mail:**

Director, Office of Federal Operations
Equal Employment Opportunity Commission
P. O. Box 77960
Washington, D.C. 20013

**By Personal Delivery:**

Director, Office of Federal Operations
Equal Employment Opportunity Commission
131 M Street, NE, Fourth Floor, Suite 4NWO2F
Washington, D.C. 20507

**By Facsimile:**

Facsimile Telephone (202) 663-7022 or (FTS) 989-7022

---

[1] In light of the National Emergency declared by the President due to the Coronavirus (COVID-19), the EEOC's Office of Federal Operations issued instructions regarding the processing of Federal sector EEO complaints via an April 6, 2020 memorandum and then again on July 26, 2020. The EEOC has directed that the April 6, 2020 memorandum and the July 26, 2020 memorandum should be provided to those with pending matters. As such, at this time, these documents are enclosed. Complainant should pay particular attention to those provisions concerning appeals.

5

63-2022-00027

**Time Frames:** If an attorney does not represent the Complainant, the appeal must be filed within **30 calendar days** of receipt of this final order. If an attorney represents the Complainant, then the appeal must be filed within **30 calendar days** of the date the attorney received the Final Decision. *See* 29 C.F.R. § 1614.402(a).

Also, a copy of any appeal submitted must be sent to the Department, at the address cited below, at the same time it is filed with the EEOC, OFO. Any statement or brief in support of an appeal must be submitted to the Director, OFO, within **30 calendar days** of filing the appeal, and a copy must be provided to the Department at the following address:

> The Office of Civil Rights, Room 6012
> U. S. Department of Commerce
> Washington, D.C. 20230

**2.    File a civil action in Federal district court.**

If a civil action is filed, Complainant must name the appropriate Department or Agency head as the defendant and provide his or her official title. Failure to name the head of the Department or Agency and/or the official title may result in the dismissal of the case. The appropriate Department or Agency is the Department of Commerce. The head of the Department of Commerce is Gina Raimondo, who is the Secretary of Commerce.

**Time Frames:** A civil action must be filed within **90 calendar days** of the date of receipt of the final order if no appeal has been filed. *See* 29 C.F.R. § 1614.408(a). If an appeal is filed, a civil action may be filed within **90 calendar days** after receipt of the EEOC's final decision on the appeal, or after **180 days** from the date of filing an appeal if there has been no final decision by the Commission.

6

63-2022-00027

**3.  Complaint Number.**  The complaint number identified on page 1 of this decision should be used on all correspondence.

_Paul S. Redpath_ (signature)

Paul S. Redpath
Chief, Program Implementation Division
Office of Civil Rights

January 12, 2022

Date Issued

Enclosure

7

63-2022-00027

## Certificate of Service

I attest that a copy of this Final Agency Decision—Procedural has been sent to the parties below:

### Via Kiteworks Secure File Transfer:

Melissa Newton
(newtonmelissa@aol.com)

### Other:

David Donovan
Acting EEO Officer, U.S. Census Bureau

Complaint File (Tab D)

OCR Chron File

_Paul S/Rezak_

Signature

January 12, 2022

Date

8

Melissa Newton
9 Flatbush Ave. 1026
Brooklyn, NY 11217

U.S. POSTAGE PAID
FCM LETTER
BROOKLYN, NY
11217
MAR 01, 22
AMOUNT
**$0.78**
R2305K143214-29

UNITED STATES
POSTAL SERVICE ®

1000          20013

RECEIVED

MAR 03 2022

EEOC/OFO

The Equal Employment Opportunity Comm.
Office of Federal Operations
P. O. Box 77960
Washington, D. C. 20013

MAR 3 2022

20013-896080

## VII.    PLAINTIFF'S CERTIFICATION

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| | |
|---|---|
| April 6th 2022 | Melissa Newton |
| Dated | Plaintiff's Signature |
| Melissa           M. | Newton |
| First Name       Middle Initial | Last Name |
| 49 Flatbush Ave #1026 | |
| Street Address | |
| Kings, Brooklyn | NY                    11217 |
| County, City | State                  Zip Code |
| 631-720-4399 | newyorkmelissa aol·com |
| Telephone Number | Email Address (if available) |

I have read the attached Pro Se (Nonprisoner) Consent to Receive Documents Electronically:

☑ Yes    ☐ No

 If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

Melissa M. Newton

(full name of the plaintiff or petitioner applying (each person
must submit a separate application))

CV _____ ( ) ( )

(Provide docket number, if available; if filing this with
your complaint, you will not yet have a docket number.)

-against-

The US Census Bureau

(full name(s) of the defendant(s)/respondent(s))

## APPLICATION TO PROCEED WITHOUT PREPAYING FEES OR COSTS

I am a plaintiff/petitioner in this case and declare that I am unable to pay the costs of these proceedings and I believe that I am entitled to the relief requested in this action. In support of this application to proceed *in forma pauperis* (IFP) (without prepaying fees or costs), I declare that the responses below are true:

1.  *Are you incarcerated?*   ☐ Yes   ☒ No   (If "No," go to Question 2.)

    I am being held at: _____

    Do you receive any payment from this institution?  ☐ Yes  ☒ No

    Monthly amount: _____

    If I am a prisoner, *see* 28 U.S.C. § 1915(h), I have attached to this document a "Prisoner Authorization" directing the facility where I am incarcerated to deduct the filing fee from my account in installments and to send to the Court certified copies of my account statements for the past six months. *See* 28 U.S.C. § 1915(a)(2), (b). I understand that this means that I will be required to pay the full filing fee.

2.  Are you presently employed?   ☐ Yes   ☒ No

    If "yes," my employer's name and address are:

    _____

    Gross monthly pay or wages: _____

    If "no," what was your last date of employment? _____

    Gross monthly wages at the time: _____

3.  In addition to your income stated above (which you should not repeat here), have you or anyone else living at the same residence as you received more than $200 in the past 12 months from any of the following sources? Check all that apply.

    (a) Business, profession, or other self-employment   ☐ Yes   ☒ No
    (b) Rent payments, interest, or dividends            ☐ Yes   ☒ No

SDNY Rev: 8/5/2015

(c) Pension, annuity, or life insurance payments ☐ Yes ☒ No

(d) Disability or worker's compensation payments ☒ Yes ☐ No

(e) Gifts or inheritances ☐ Yes ☒ No

(f) Any other public benefits (unemployment, social security, food stamps, veteran's, etc.) ☒ Yes ☐ No

(g) Any other sources ☐ Yes ☒ No

If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.

SSDI    985/month

If you answered "No" to all of the questions above, explain how you are paying your expenses:

4. How much money do you have in cash or in a checking, savings, or inmate account?

less than 300/checking    less than $2000/savings

5. Do you own any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value, including any item of value held in someone else's name? If so, describe the property and its approximate value:

No

6. Do you have any housing, transportation, utilities, or loan payments, or other regular monthly expenses? If so, describe and provide the amount of the monthly expense:

Yes loans 35/month   SSDI/70/month   verpay cell phone 51.00/m

7. List all people who are dependent on you for support, your relationship with each person, and how much you contribute to their support (only provide initials for minors under 18):

8. Do you have any debts or financial obligations not described above? If so, describe the amounts owed and to whom they are payable:

No

*Declaration:* I declare under penalty of perjury that the above information is true. I understand that a false statement may result in a dismissal of my claims.

April 6th 2022
**Dated**

Melissa Newton
**Signature**

Melissa Newton Melora M
**Name (Last, First, MI)**

**Prison Identification # (if incarcerated)**

49 Flatbush Ave #1026
**Address**

Brooklyn, NY 11217
City    State    Zip Code

631-720-4399
**Telephone Number**

newtonmelora.aol.com
**E-mail Address (if available)**